IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE D. REDMAN,<br>                Plaintiff<br><br>vs.<br><br>WARDEN WALTON; DEPUTY WARDEN CMAR; LIEUTENANT TIM JONES; SERGEANT KEVIN MARKEIWICZ; OFFICER SCOTT KENNDY; OFFICER LEONARD TRINCLISTI; OFFICER DAN NASER; OFFICER MULLOOLEY; OFFICER STEVEN MITCHELL; OFFICER CHARLES SCHACHTE,<br>                Defendants | Civil Action No. 06-1000<br>Judge Gary L. Lancaster/<br>Magistrate Judge Amy Reynolds Hay |

## ORDER

AND NOW, this 21st day of August, 2007, after the plaintiff filed an action in the above-captioned case, and after a Motion to Dismiss was filed by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the Motion to Dismiss (Dkt. 23) is GRANTED in part and DENIED in part. The motion is GRANTED as to all claims against Defendants Warden Walton, Deputy Warden Cmar, Lieutenant Jones, Sergeant Markeiwicz, Officer Trinclisti, Officer Naser, Officer Mullooly, Officer Mitchell, and Officer Schachte. As to Officer

Kennedy, it GRANTED on the retaliation claim, and on the excessive force claim as it relates to Officer Kennedy's entry into the gym area. The motion is DENIED, however, as to Officer Kennedy on the claim of excessive force during the cell extraction.

GARY L. LANCASTER
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

      Lawrence D. Redman
      GX 0823
      SCI Camp Hill
      P.O. Box 8837
      Camp Hill, PA 17001

      Thomas P. Pellis, Esquire
      by Notice of Electronic Filing