IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE D. REDMAN,                    )
        Plaintiff,                     )
                                       )
    v.                                 )    Civil Action No. 06-1000
                                       )
OFFICER SCOTT KENNDY,                  )
        Defendant.                     )

ORDER

Plaintiff has appealed the non-dispositive order, dated March 3, 2008, entered by United States Magistrate Judge Amy Reynolds Hay [document #57]. Upon a review of the matters raised by the appeal, the court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this $\underline{18}$ day of March, 2008, IT IS HEREBY ORDERED that the order referred to is AFFIRMED and the instant case is referred back to the Magistrate Judge for further proceedings.

BY THE COURT:

_____, J.

cc:  The Honorable Amy Reynolds Hay,
     United States Magistrate Judge

     All parties of record