IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LAWRENCE D. REDMAN, )
         Plaintiff )
)
vs. ) Civil Action No. 06-1000
) Judge Gary L. Lancaster/
OFFICER SCOTT KENNDY, ) Magistrate Judge Amy Reynolds Hay
         Defendant )

## ORDER

AND NOW, this 3rd day of December, 2008, after the Plaintiff, Lawrence D. Redman, filed an action in the above-captioned case, and after Defendant Officer Scott Kenndy file a Motion for Summary Judgment, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the plaintiff until November 24, 2008 to file written objections thereto, and no objections having been filed to the report and recommendation, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Defendant's Motion for Summary Judgment, Dkt. [63], is granted.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

_____
GARY L. LANCASTER
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Lawrence D. Redman
948 Union Cemetery Road
Greensburg, PA 15601

Thomas P. Pellis
Meyer, Darragh, Buckler, Bebenek & Eck
114 South Main Street
Greensburg, PA 15601